Exhibit- "A"

RECEIVED

DEC 01 2014

LEGAL PROGRAMS DEPARTMENT

DATE: NOV. 27, 2014.

TO: MS. TRISH FOSTER

LEGAL PROGRAM DEPT.

FROM: CARL CHRISTIAN #485419

RE: I'VE NOT RECEIVED A NOTICE TO MY ARP THAT I SENT TO YOU ON OCTOBER 20, 2014. SEE ATTACHED A.R.P. DATE OF A.R.P. 10-20-2014. IT HAS BEEN MORE THAN A MONTH AND A HALF, AND I'VE NOT RECEIVED ANY NOTICE TO MY ATTACHED A.R.P.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

SINCERELY,
S/ Carl Christian Jr.
CARL CHRISTIAN #485419
CAMP J GAR I-R-7
La. STATE PENITENTIARY
ANGOLA, LA. 70712

See Attached papers

10.

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

Exhibit-"A"

CASE NUMBER: LSP-2014-2686

EVACUEE:

DOC #: 485419          BACKLOG:

LAST NAME: CHRISTIAN          FIRST NAME: CARL

RECORD TYPE: A     SUBJECT CODE: 0711 - COMPL./INJURY DUE TO STAFF NEGLIGENCE

INCIDENT DATE: 7/30/2014-8/20/2014   SUBJECT TYPE :

LSP Only

LSP RESPONDENT:  MP West Warden

LSP HOUSING: MP WEST

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 09/03/2014 | 09/12/2014 | 10/13/2014 | 02-Denied |
| STEP 2: |  |  |  |  |

COMPLAINT: NO APPEAL  : COMPLAINS OF BEING ATTACKED TWICE BY AN OFFENDER DONTAE MILTON WHO IS ON HIS VISITING LIST HE CLAIMS CAPT. JACOBS, SGT. S. JOHNSON, SGT. A. JOHNSON, SGT MARSHALL, & AND SGT WALKER ALL KNEW THESE OFFENDERS WHERE ENEMIES & SHOULD NOT HAVE ANY CONTACT

IF REJECTED REASON:

09/03/2014

09/03/2014

The issue was already addressed by this ARP. Which you refused to sign for your answer.

See attached paper

II.

Exhibit "A"

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER:  LSP - 2014 - **2686**

RE:  CARL CHRISTIAN    485419

LOCATION:  CBA U/L

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST FOR REMEDY NUMBER LSP-2014-2686.

RECEIVED BY:  Refuse to accept
                      (INMATE'S NAME & NUMBER)

DATE RECEIVED:  10/22/14

DELIVERED BY:  Sgt. P. Logan Jr.

=====================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the reciept and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

OCT 28 2014

**LEGAL** PROGRAMS DEPARTMENT

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2014 -3586

Exhibit "B"

TO:  CARL CHRISTIAN  485419                    J GTR 3/R
     Offender's Name and Number                Living Quarters


              08/20/2014
              Date of Incident


              ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
              issued within 40 days of this date.

X             REJECTED:  Your request has been  rejected for the following reason(s):
                   YOUR ARP IS BEING REJECTED BECAUSE YOU CAN NOT ARP AGAINST
              AN ARP


_____12/17/2014_____                        _____Trish Foster_____
         Date                                   Warden's Signature or Designee

13.

Exhibit "B"

THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY PROCEDURE. (A.R.P.)

TO: WARDEN N. BURL CAIN

FROM: CARL CHRISTIAN #485419

DATE OF INCIDENT: AUGUST 20, 2014.

DATE OF A.R.P.: OCTOBER 20, 2014.

RE: 8TH AMENDMENT DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY FOR FAILING TO PROTECT FROM OFFICIAL KNOWN ENEMY CLAIM...

ON AUGUST 20, 2014 Sgt. C. WALKER (A-BLOCK OFFICER), Sgt. M. McQUOITE (A-BLOCK OFFICER), Sgt. A. JOHNSON (B-BLOCK OFFICER), Sgt. C. MARSHALL, Sgt. S. JOHNSON (D-BLOCK OFFICER), AND CAPT. JACOBS WERE ALL DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY WHEN THEY ALL FAILED TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY DONTE MILTON WHO ENTERED A-BLOCK BUILDING UNDETECTED BY ALL THE NAMED ABOVE OFFICERS AND CAME ALL THE WAY UP STAIRS WHERE I WAS ASSIGNED TO WORK (UPPER LEFT LOBBY.), AND ATTACKED ME, CAUSING SERIOUS INJURIES TO MY NECK, BACK, AND HEAD WHICH CAUSED ME TO GO INTO A SEIZURE AFTER THE ATTACK. I AM CURRENTLY BEING TREATED FOR THESE INJURIES AND SUFFER WITH CONTINUSE PAIN TO MY NECK, BACK, AND HEAD CAUSED BY THE ABOVE NAMED DEFENDANTS' DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT FROM MY OFFICIAL KNOWN ENEMY.

THERE IS NO PENOLOGICAL JUSTIFICATION FOR THESE NAMED ABOVE OFFICERS' ACTION IN GIVING AN INMATE ACCESS TO A HOUSING AREA WHERE HE HAS A KNOWN ENEMY SO THAT HE CAN ATTACK.

14.

Exhibit-B

RELIEF DESIRED

1.) THAT I BE CONTINUOUSLY TREATED AND EVALUATED FOR MY INJURIES OBTAINED FROM THIS DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

2.) THAT I BE COMPENSATED $500,000.00 FOR THE INJURIES I SUSTAINED FROM ALL OF THE NAMED ABOVE DEFENDANTS DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

3.) THAT PUNITIVE DAMAGES OF $500,000.00 BE AWARDED FOR THESE OFFICERS' ACTION IN DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

4.) THAT ALL COST OF COURT BE PAID AND REIMBURSEMENT BE PAID BY THE DEFENDANTS;

5.) THAT ANY AND ALL JUST AND EQUITABLE RELIEF THIS COURT DEEMS APPROPRIATE BE AWARDED.

RESPECTFULLY SUBMITTED,
BY S/ Carl Christian Jr.
CARL CHRISTIAN JR. #485419
MAIN PRISON A-BLOCK
La. STATE PENITENTIARY
ANGOLA, LA. 70712

15.



"Exhibit"
"First fight"

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA   CBD

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Carl Christian** | **485419** | **July 30, 2014** | **Approx. 5:25pm** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **Cellblock Walk** | **Line-10** | **CBAU/L #01** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Simple Fight** | **#10** |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

**On the above date and approximate while offenders on Cellblock A were lined up on the walk for yard call I, Sergeant Leroy Davis, saw Offender Dontae Milon #562330 walk up to Offender Carl Christian #485419 and start hitting him with closed fists. I immediately activated my beeper and gave the offenders several direct verbal to stop fighting, to which they both complied. A short time later Captain Carl Smith arrived on the scene and assisted me in separating both offenders. Both offenders were then escorted to Administrative Segregation and seen by Medical Personnel.**

| 11. Inmate Placed in Admin. Seg. | X | YES | | NO |
|---|---|---|---|---|

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| M/sgt Leroy Davis | **Sergeant Leroy Davis, MPCB A-TEAM** |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to the above inmate by: | 17. Inmate's Signature: |
|---|---|---|---|
| **07-30-14** | **5:30pm** | | |

| 18. Plea by inmate: | | Not Guilty | ✓ | Guilty | 19. Verdict: | | Not Guilty | ✓ | Guilty |
|---|---|---|---|---|---|---|---|---|---|

| 20. Date of Hearing: 8-1-14 | 21. Counsel Substitute: DOC#: 98771 |
|---|---|

22. Motions: _____

23. Reasons for Disposition: _____
[ ✓ ] Report is clear and precise.   [ ] Lack of a credible defense/little or no defense.   [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's.   [ ✓ ] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report..   [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.   [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other _____

24. Reasons for Sentence:
[ ✓ ] Seriousness of offense.   [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
[ ] Other _____

25. Sentence: Pay Restitution for Medical

26. Sentence: Loss of 12 Weeks Yard   Combine Both Reports

Suspended [ ] _____ Days
Imposed [ ] _____

Qtrs. Change to Camp J Mancfiler.

Suspended [ ✓ ] 90 Days
Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

16.

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

Exhibit "second fight"

CBD4R

INSTITUTION: LSP

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Carl Christian | 485419 | 8.20.14 | 10⁷ Approx |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| CBA Upper Lobby | L-10 | CBA Upper |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| Fighting | #10 |

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date + Approx I Sgt. A. Johnson observe the above name + Number Offender Carl christian #485419 fighting with Offender Dante Milton #562330 After several direct Verbal orders to stop. Offender Carl christian stop + I Escorted Offender Dante Milton downstairs after he Attempt to go after Offender Carl christian several more time. After escorting him down. I Notify Capt Jacob + Maj Haynes

11. Offender Placed in Adm. Seg.  ☑ Yes   ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) |
|---|---|
| Anthony John | Anthony Johnson Sgt. CBB-Lower |

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 8.20.14 | 11²⁰ | AJ | Refuse to Sign |

18. Plea by Offender:  ☐ Not Guilty   ☐ Guilty      19. Verdict:  ☐ Not Guilty   ☐ Guilty

| 20. Date of Hearing: | 21. Counsel Substitute: DOC# |
|---|---|

22. Motions: _____

23. Reasons for Disposition:

☐ Report is clear and precise.      ☐ Lack of a credible defense/little or no defense.      ☐ Based on his statement.

☐ The officer's version is determined to be more credible than the Offender's.      ☐ Pled guilty/accepted guilty plea.

☐ Only defense is denying contents of report.      ☐ The Offender presented no evidence to refute the charges.

☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.      ☐ Plea bargain.

☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.

☐ Other _____

24. Reasons for Sentence:

☐ Seriousness of offense.      ☐ The need to protect the institution, employees, or other.

☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.

A total of _____ # _____ rule violations since _____

☐ Other _____

| 25. Sentence: | Suspended ☐ _____ Days |
|---|---|
| | Imposed ☐ |

| 26. Sentence: | Suspended ☐ _____ Days |
|---|---|
| | Imposed ☐ |

27. DISCIPLINARY BOARD:

Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

CHAIRMAN (DISCIPLINARY OFFICER)

17.

MEMBER