AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ MIDDLE DISTRICT OF LOUISIANA

**SUMMONS IN A CIVIL CASE**

V.

**Case Number:**

TO:

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

an answer to the complaint which is herewith served upon you, within days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of Court within a reasonable period of time after service.

5.

CLERK                                    DATE

_____
(BY) DEPUTY CLERK

6.

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date |
| NAME OF SERVER (*Print*) | Title |

*Check one box below to indicate appropriate method of service*

☐ Serve personally upon defendant. Place where served:

☐ Left copies thereof at the defendants's dwelling house or usual place of abode with a person of suitable age and descression then residing therein.
    Name of person with whom the summons and complaint wer left:

☐ Returned unexecuted:

☐ Other *(Specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service ans Statement of Service Fees is true and correct.

Executed on _____     _____
                *Date*                               *Signature of Server*

                    _____

    *Address of*

(1) As who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

7.