UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARL O'NEAL CHRISTIAN, JR. (#485419)                    CIVIL ACTION

VERSUS

CHARLES WALKER, ET AL.                                         NO. 15-0130-SDD-RLB

**O R D E R**

Before the Court is the plaintiff's Motion to Compel Discovery (R. Doc. 16), pursuant to which he seeks to obtain initial mandatory discovery from the defendants. This motion is not opposed.

Pursuant to Order dated April 7, 2015 (R. Doc. 5), the Court directed the defendants, within twenty (20) days of first appearance or within thirty (30) days of service, to file into the record and provide to the plaintiff, "all medical records, administrative remedy proceedings, disciplinary proceedings, unusual occurrence reports and all other documents pertinent to the issues in this case." A review of the record reflects that the defendants were served on May 4, 2015, and appeared in this proceeding through the filing of a motion for summary judgment on June 18, 2015. *See* R. Docs. 8 and 13. Notwithstanding, the defendants did not comply with the Court's Order within the time provided, did not seek reconsideration of the Court's Order, and did not request additional time within which to comply. Whereas the defendants have since filed a motion to stay discovery in this case, *see* R. Doc. 31, that motion was filed long after the time allowed by the Court for production of the initial documentation. In addition, the defendants suggest in their motion to stay discovery that they have in fact complied with initial disclosure by filing pertinent documentation as exhibits to their motion for summary judgment. *See* R.

Doc. 31-1 at p. 2 (wherein the defendants assert that they "complied with the Court's Order to produce relevant documents associated with this case").

Upon a review of the exhibits attached to the defendants' motion for summary judgment, it appears that these exhibits consist only of certified copies of the plaintiff's pertinent administrative remedy proceedings.  It is not clear whether the defendants are in possession of other documentation responsive to the Court's Order, including but not limited to pertinent "medical records, ... disciplinary proceedings, [and] unusual occurrence reports."  It is appropriate, therefore, that the defendants be directed to provide a supplemental response in compliance with the Court's Order.  Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Compel Discovery (R. Doc. 16) is hereby **GRANTED**, and the defendants are directed to file a supplemental response to the Court's Order of April 7, 2015 (R. Doc. 5), within fourteen (14) days of the date of this Order. The defendants are advised that they need not re-file a copy of the plaintiff's pertinent administrative remedy proceedings.

Signed in Baton Rouge, Louisiana, on December 7, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**