




LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT
INSTITUTION: L.S.P. ANGOLA CBD

| 1. Name of Inmate | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| **Carl Christian** | **485419** | **July 30, 2014** | **Approx. 5:25pm** |

| 5. Place of Incident | 6. Job Assignment (Inmate) | 7. Housing Assignment (Inmate) |
|---|---|---|
| **Cellblock Walk** | **Line-10** | **CBAU/L #01** |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| **Simple Fight** | **#10** |

10. Description of Incident (Include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side if necessary).

**On the above date and approximate while offenders on Cellblock A were lined up on the walk for yard call I, Sergeant Leroy Davis, saw Offender Dontae Milon #562330 walk up to Offender Carl Christian #485419 and start hitting him with closed fists. I immediately activated my beeper and gave the offenders several direct verbal to stop fighting, to which they both complied. A short time later Captain Carl Smith arrived on the scene and assisted me in separating both offenders. Both offenders were then escorted to Administrative Segregation and seen by Medical Personnel.**

11. Inmate Placed in Admin. Seg. [X] YES [ ] NO

12. Signature of reporting employee: M/Sgt Leroy Davis
13. Name, Title, Assignment (Print): **Sergeant Leroy Davis, MPCB A-TEAM**

14. Date of Report: **07-30-14**
15. Time of Report: **5:30pm**
16. Report (copy) given to the above inmate by: CJ
17. Inmate's Signature:

18. Plea by Inmate: Not Guilty [ ] Guilty [✓]
19. Verdict: Not Guilty [ ] Guilty [✓]

20. Date of Hearing: 8-1-14
21. Counsel Substitute: DOC#: 98771

22. Motions:

23. Reasons for Disposition:
[✓] Report is clear and precise. [ ] Lack of a credible defense/little or no defense. [ ] Based on his statement.
[ ] The officer's version is determined to be more credible than the inmate's. [✓] Pled guilty/accepted guilty plea.
[ ] Only defense is denying contents of report.. [ ] The inmate presented no evidence to refute the charges.
[ ] The Investigative officer's testimony was deemed more truthful and accurate than the inmate's. [ ] Plea bargain
[ ] The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
[ ] Other

24. Reasons for Sentence:
[✓] Seriousness of offense. [ ] The need to protect the institution, employee, or other.
[ ] Poor Conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since ______
A total of ______ # ______ rule violations since ______

[ ] Other

25. Sentence: Pay Restitution for Medical
Loss of 12 Weeks Yards
Suspended [ ] ______ Days
Imposed [ ]
Combine Both Reports

26. Sentence: Qtrs. Change to Camp J Management
Suspended [✓] 90 Days
Imposed [ ]

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

Jonathan Butler Major
CHAIRMAN (DISCIPLINARY OFFICER)

[signature]
MEMBER

EXHIBIT - B

REVISED 9-17-09

RECEIVED

AUG 11 2014

LSP
ASSISTANT WARDEN/MEDICAL

LOUISIANA STATE PENITENTIARY

# REQUEST FOR RESTITUTION

| OFFENDER'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| Carl Christian | 485419 | 8-1-14 |

REPORT DATE (S): 7/30/14 RULE NUMBER (S) 10, 1, 5

DISCIPLINARY BOARD CHAIRMAN: Major Jonathan Butler

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

- [x] ASSISTANT WARDEN/MEDICAL SERVICES
- [ ] BUSINESS OFFICE
- [ ] ______

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: |
|---|---|
| | |
| own medical | |
| Medical for Carl Christian #485419 | |
| ~Assessment & Treatment | $ 25.00 |
| ~ X-ray | 25.00 |
| ~ Meds X 2 | 4.00 |
| | |
| | |
| | |
| | |
| | |
| TOTAL COST TO BE CHARGED FOR RESTITUTION: | $ 54.00 |

BY: [signature] DATE:

Original -- Offender Accounts
Copy -- Offender Records

EX-

EXHIBIT - C

R 9-25-09

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003

# Louisiana State Penitentiary
# IMPOSITION OF RESTITUTION

| | | | |
|---|---|---|---|
| TO: | OFFENDER BANKING | | |
| FROM: | DISCISPLINARY OFFICE | | |
| DATE: | 8/19/14 | | |
| RE: | OFFENDER'S NAME: Carl Christian | DOC# 485419 | LOCATION CCR WL |

The above offender was found guilty of a disciplinary violation through a formal administrative hearing on 8/1/14 and, in accordance with Department Regulation NO. B-05-003, the Disciplinary Board assessed restitution in the amount of $ 54.00 for assessment/treatment/xray/medsx2.

Please take the necessary steps to withdraw the stipulated amount from the offenders account.

Laney Foster, MSgt.

Laney Foster, MSgt.
DISCIPLINARY OFFICE

cc: Offender Records
Offender

EXHIBIT - D
Pg. 30

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
CIVIL ACTION: 15-0130-SDD-RLB

STATE OF LOUISIANA
PARISH OF WEST FELICIANA

**AFFIDAVIT**

I, Glenn Davis, do depose and state the following:

My name is Glenn Davis # 86268, and I am a prisoner at LSP and I state that on August 20, 2014, being assigned the job of General Yard Orderly of the CBA Housing/Living Unit. I was called inside from my assigned post to wash up in preparation for the midday meal.

Being locked on CBA lower right, my assigned living area, while in the mop and supply room washing up, I heard a female voice say, "Mr. Walker here they come". Then I heard a male voice ask, "where he at?" Curious, I went to see who the familiar voices belonged to and saw Sgt. Sam Johnson, and an inmate in a jumpsuit standing before Sgt. Charles Walker, who was bent down taking off the inmate's leg irons.

Sgt. Walker said to the inmate, "He's upstairs, both tiers are locked, Hurry up!" The inmate disappeared from my view. Feeling as though something wasn't right, I hid from view. I then saw and heard Sgt. Johnson say "Sgt. McQuaiter, call A.J." When A.J. Came inside of CBA, it was CBB security officer Sgt. Anthony Johnson. Sgt. S. Johnson told Sgt. A. Johnson, "come help me break up this fight." They then disappeared from my view.

This is the conclusion of my affidavit. I, Glenn Davis, # 86268, declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of March, 2015.

6-29-15
Raphael Augustine
Raphael Augustine 24851
Ex-Officio Notary
Dept. of Public Safety & Corrections/LSP

s/ Glenn Davis # 86268

EXHIBIT - D. Pg 30.

EXHIBIT E

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT

CBD4R

INSTITUTION: LSP

1. Name of Offender: Carl Christian
2. Number: 485419
3. Date of Incident: 8.20.14
4. Time of Incident: 10:45 Approx
5. Place of Incident: CBA Upper Lobby
6. Job Assignment (Offender): L-10
7. Housing Assignment (Offender): CBA Upper
8. Rule Violated: Fighting
9. Rule Number: #10

10. Description of Incident (Include all relevant information - "unusual Offender behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date + Approx I Sgt. A. Johnson observe the above name + Number Offender Carl Christian #485419 fighting with Offender Dante Milon #562330 After several direct verbal orders to stop. Offender Carl Christian stop + I Escorted Offender Dante Milon downstairs after he Attempt to go after Offender Carl Christian several more time. After restraining him down. I Notify Capt Jacob + Maj Haynes

11. Offender Placed in Adm. Seg. ☑ Yes ☐ No

12. Signature of reporting employee: [signature]
13. Name, Title, Assignment (Print): Anthony Johnson Sgt. CBB - Lower
14. Date of Report: 8.20.14
15. Time of Report: 11:20
16. Report (copy) given to above Offender by: AJ
17. Offender's Signature: Refuse to Sign

18. Plea by Offender: ☐ Not Guilty ☐ Guilty
19. Verdict: ☐ Not Guilty ☐ Guilty
20. Date of Hearing:
21. Counsel Substitute: DOC#

22. Motions:

23. Reasons for Disposition:
- ☐ Report is clear and precise.
- ☐ Lack of a credible defense/little or no defense.
- ☐ Based on his statement.
- ☐ The officer's version is determined to be more credible than the Offender's.
- ☐ Pled guilty/accepted guilty plea.
- ☐ Only defense is denying contents of report.
- ☐ The Offender presented no evidence to refute the charges.
- ☐ The Investigative officer's testimony was deemed more truthful and accurate than the Offender's.
- ☐ Plea bargain.
- ☐ The Offender's demeanor led the board to believe that the Offender's testimony was untrue.
- ☐ Other

24. Reasons for Sentence:
- ☐ Seriousness of offense.
- ☐ The need to protect the institution, employees, or other.
- ☐ Poor Conduct record. A total of ______ rule violation(s). A total of ______ Schedule B violations since ______ A total of ______ # ______ rule violations since ______
- ☐ Other

25. Sentence: Suspended ☐ ______ Days Imposed ☐

26. Sentence: Suspended ☐ ______ Days Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an Offender who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Offenders.

EXHIBIT - E Pg. 31

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

Exhibit-"F"

RECEIVED
DEC 01 2014
LEGAL PROGRAMS DEPARTMENT

DATE: NOV. 27, 2014.

TO: MS. TRISH FOSTER

LEGAL PROGRAM DEPT.

FROM: CARL CHRISTIAN #485419

RE: I'VE NOT RECEIVED A NOTICE TO MY ARP THAT I SENT TO YOU ON OCTOBER 20, 2014. SEE ATTACHED A.R.P., DATE OF A.R.P. 10-20-2014. IT HAS BEEN MORE THAN A MONTH AND A HALF, AND I'VE NOT RECEIVED ANY NOTICE TO MY ATTACHED A.R.P.

THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

SINCERELY,

s/ Carl Christian Jr.

CARL CHRISTIAN #485419

CAMP J GAR 1-R-7

La. STATE PENITENTIARY

ANGOLA, LA. 70712

See Attached papers

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2014 -3586



TO: CARL CHRISTIAN 485419 — Offender's Name and Number

J GTR 3/R — Living Quarters

08/20/2014
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X REJECTED: Your request has been rejected for the following reason(s):
YOUR ARP IS BEING REJECTED BECAUSE YOU CAN NOT ARP AGAINST AN ARP

12/17/2014
Date

Trish Foster
Warden's Signature or Designee

EXHIBIT-F Pg. 33.

Exhibit-6"

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

ARP NUMBER: LSP - 2014 - **2686**

RE: CARL CHRISTIAN 485419

LOCATION: CBA U/L

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST FOR REMEDY NUMBER LSP-2014-2686.

RECEIVED BY: Refused to accept
(INMATE'S NAME & NUMBER)

DATE RECEIVED: 10/22/14

DELIVERED BY: Sgt. P. Logan Jr.

==========================================================================

1. Have the inmate sign this receipt.
2. Delivery Officer signs the reciept and dates it.
3. Give the Inmate the Manila Envelope and contents.
4. Return the reciept to LEGAL PROGRAMS DEPARTMENT.

RECEIVED
OCT 28 2014
LEGAL PROGRAMS DEPARTMENT

EXHIBIT-6 Pg. 34

EXHIBIT - H
Pg. 35

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2014 -2686

TO: CARL CHRISTIAN 485419 — Offender's Name and Number

CBA U/L — Living Quarters

7/30/2014-8/20/2014
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

09/12/2014
Date

Trish Foster
Warden's Signature or Designee

EXHIBIT - H
35.

**ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS**

**INPUT SCREEN**

Exhibit - I

CASE NUMBER: LSP-2014-2686

EVACUEE:

DOC #: 485419 BACKLOG:

LAST NAME: CHRISTIAN FIRST NAME: CARL

RECORD TYPE: A SUBJECT CODE: 0711 - COMPL./INJURY DUE TO STAFF NEGLIGENCE

INCIDENT DATE: 7/30/2014-8/20/2014 SUBJECT TYPE :

LSP Only

LSP RESPONDENT: MP West Warden

LSP HOUSING: MP WEST

| | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 09/03/2014 | 09/12/2014 | 10/13/2014 | 02-Denied |
| STEP 2: | | | | |

COMPLAINT: NO APPEAL : COMPLAINS OF BEING ATTACKED TWICE BY AN OFFENDER DONTAE MILTON WHO IS ON HIS VISITING LIST HE CLAIMS CAPT. JACOBS, SGT. S. JOHNSON, SGT. A. JOHNSON, SGT MARSHALL, & AND SGT WALKER ALL KNEW THESE OFFENDERS WHERE ENEMIES & SHOULD NOT HAVE ANY CONTACT

IF REJECTED REASON:

09/03/2014

09/03/2014

The issue was already addressed by this ARP. Which you refused to sign for your answer.

See attached paper

EXHIBIT - I Pg. 36

Exhibit- J

THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY PROCEDURE. (A.R.P.)

TO: WARDEN N. BURL CAIN

FROM: CARL CHRISTIAN #485419

DATE OF INCIDENT: AUGUST 20, 2014.

DATE OF A.R.P.: OCTOBER 20, 2014.

RE: 8TH AMENDMENT DELIBERATE INDIFFERENCE TO HEALTH AND SAFETY FOR FAILING TO PROTECT FROM OFFICIAL KNOWN ENEMY CLAIM...

ON AUGUST 20, 2014 Sgt. C. WALKER (A-BLOCK OFFICER), Sgt. M. McQUIRTE (A-BLOCK OFFICER), Sgt. A. JOHNSON (B-BLOCK OFFICER), Sgt. C. MARSHALL, Sgt. S. JOHNSON (D-BLOCK OFFICER), AND CAPT. JACOBS WERE ALL DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY WHEN THEY ALL FAILED TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY DONTE MILTON WHO ENTERED A-BLOCK BUILDING UNDETECTED BY ALL THE NAMED ABOVE OFFICERS AND CAME ALL THE WAY UP STAIRS WHERE I WAS ASSIGNED TO WORK (UPPER LEFT LOBBY.), AND ATTACKED ME, CAUSING SERIOUS INJURIES TO MY NECK, BACK, AND HEAD WHICH CAUSED ME TO GO INTO A SEIZURE AFTER THE ATTACK. I AM CURRENTLY BEING TREATED FOR THESE INJURIES AND SUFFER WITH CONTINUSE PAIN TO MY NECK, BACK, AND HEAD CAUSED BY THE ABOVE NAMED DEFENDANTS' DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT FROM MY OFFICIAL KNOWN ENEMY.

THERE IS NO PENOLOGICAL JUSTIFICATION FOR THESE NAMED ABOVE OFFICERS' ACTION IN GIVING AN INMATE ACCESS TO A HOUSING AREA WHERE HE HAS A KNOWN ENEMY SO THAT HE CAN ATTACK.

EXHIBIT - J Pg. 37.

Exhibit - K

RELIEF DESIRED

1.) THAT I BE CONTINUOUSLY TREATED AND EVALUATED FOR MY INJURIES OBTAINED FROM THIS DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

2.) THAT I BE COMPENSATED $500,000.00 FOR THE INJURIES I SUSTAINED FROM ALL OF THE NAMED ABOVE DEFENDANTS DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

3.) THAT PUNITIVE DAMAGES OF $500,000.00 BE AWARDED FOR THESE OFFICERS' ACTION IN DELIBERATE INDIFFERENCE TO MY HEALTH AND SAFETY FOR FAILING TO PROTECT ME FROM AN OFFICIAL KNOWN ENEMY;

4.) THAT ALL COST OF COURT BE PAID AND REIMBURSEMENT BE PAID BY THE DEFENDANTS;

5.) THAT ANY AND ALL JUST AND EQUITABLE RELIEF THIS COURT DEEMS APPROPRIATE BE AWARDED.

RESPECTFULLY SUBMITTED,

BY s/ Carl Christian Jr.

CARL CHRISTIAN JR. #485419
MAIN PRISON A-BLOCK
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

EXHIBIT - L
Pg. 39

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2015 -0062

TO: CARL CHRISTIAN 485419
Offender's Name and Number

J GTR 3/R
Living Quarters

10/22/2014
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X REJECTED: Your request has been rejected for the following reason(s):
YOUR ARP IS BEING REJECTED BECAUSE YOU CAN NOT ARP AGAINST AN ARP.

01/22/2015
Date

Trish Foster
Warden's Signature or Designee

EXHIBIT - L

EXHIBIT M Pg. 40

2014-3586
0711 Rejected.

SIR/MADAM 12-8-2014.

TO WHOM IT MAY CONCERN

I AM ATTEMPTING TO SUBMIT AN A.R.P. SEEKING REDRESS FROM AN INCIDENT THAT HAS CAUSED ME SIGNIFICANT PHYSICAL AND MENTAL INJURY.

I DID FILE ON THIS ISSUE PREVIOUSLY BUT CONTRARY TO YOUR ASSERTION IN YOUR "LETTER", I NEVER "REFUSED TO ACCEPT" ANY FORM(S) RELATING TO THIS MATTER BECAUSE I WAS NEVER PRESENTED ANY FORM(S) TO ACCEPT ⁄R SIGN.

IN ACCORDANCE TO THE P.L.R.A. (PRISONER LITIGATION REFORM ACT) I AM SUBMITTING THIS A.R.P. PROVIDING THIS INSTITUTION AN OPPORTUNITY TO ADDRESS THE COMPLAINTS SET THEREIN.

IF YOU ARE REFUSING TO ACCEPT MY A.R.P., AND DENYING ME THE OPPORTUNITY TO SEEK TO HAVE MY ISSUES PRESENTED, PLEASE NOTIFY ME IN WRITING AS TO THE GROUNDS AS TO WHY.

IT CANNOT BE SAID THAT THIS ISSUE HAS BEEN DEALT WITH BECAUSE HAD THAT BEEN THE CASE, I WOULDN'T BE FILING THE FOREGOING A.R.P.

RESPECTFULLY,
s/ Carl Christian
CARL CHRISTIAN #485419
CAMP J SHARK 2-L-10
La. STATE PENITENTIARY
ANGOLA, LA. 70712

RECEIVED
DEC 09 2014
Legal Programs Department

EXHIBIT-M Pg. 40

Exhibit A: 000022

EXHIBIT – M
Pg. 41.

AFFIDAVIT

CIVIL ACTION: 15-0130-SDD-RLB

I, CARL O'NEAL CHRISTIAN JR, DO DEPOSE AND STATE THE FOLLOWING:

MY NAME IS CARL O'NEAL CHRISTIAN JR. #485419 AND I AM A PRISONER AT LSP AND I STATE THAT ON AUGUST 25, 2014 I FILED INITIAL ADMINISTRATIVE REMEDY PROCEDURE LSP 2014-2686 AND NEVER RECEIVED A NOTICE OF ACCEPTANCE AND THE FIRST STEP RESPONSE TO THAT A.R.P. WAS NEVER SERVED UPON ME, AND I NEVER REFUSED TO ACCEPT FIRST STEP RESPONSE OF A.R.P. LSP #2014-2686.

I FURTHER STATE TO ON OCTOBER 20, 2014 THAT SUBSEQUENT TO THE AFOREMENTIONED FACTS ABOVE THAT I ATTEMPTED TO EXHAUST THE ADMINISTRATIVE REMEDIES AVAILABLE BY FILING ADMINISTRATIVE REMEDY PROCEDURE LSP 2014-3586. THIS A.R.P. WAS REJECTED.

I FURTHER STATE THAT WHEN I WAS INFORMED OF THE MALFEASANCE OF Sgt. PERRY LOGAN JR'S ACTIONS OF HIS WRITTEN STATEMENT ON A.R.P. LSP #2014-2686 FIRST STEP RESPONSE THAT I "REFUSED TO ACCEPT" IT, I SUBSEQUENTLY FILED A.R.P. LSP 2015-0062 IN ATTEMPTS TO EXHAUST THE ADMINISTRATIVE REMEDIES AVAILABLE AGAINST HIM. THIS A.R.P. LSP #2015-0062 WAS REJECTED.

"ONCE A PRISON HAS RECEIVE NOTICE OF, AND AN OPPORTUNITY TO CORRECT A PROBLEM THE PRISONER HAS SATISFIED THE PURPOSE OF THE REQUIREMENT OF EXHAUSTION OF ADMINISTRATIVE REMEDIES BEFORE BRINGING SUIT." TURLEY V. REDNOUR, 729 F.3d 645 ALSO SEE PRISON LITIGATION REFORM ACT OF 1995, § 101(a), 42 U.S.C.A. § 1997e(a) CANO V. TAYLOR, 739 F.3d 1214

THIS IS THE CONCLUSION OF MY AFFIDAVIT I, CARL O'NEAL CHRISTIAN JR. #485419 DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 31st DAY OF MARCH 2015.

RESPECTFULLY

s/ Carl O'Neal Christian Jr. #485419
CARL O'NEAL CHRISTIAN JR. #485419
LOUISIANA STATE PENITENTIARY
ANGOLA, La. 70712

EXHIBIT – M Pg. 41.

EXHIBIT – N Pg. 42

CASE NUMBER: LSP-2014-2686

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: CHRISTIAN, CARL 485419 CBA U/L
Living Quarters

Response to request dated 09/02/2014, received in this office on 09/03/2014

This request for remedy was received, logged, and set aside until today because you had other requests for remedy pending in the system at the time it was received. Your request for remedy was handled in this manner pursuant to the provision in the Administrative Remedy Procedure entitled, "Multiple Request."

In your ARP dated August 25, 2014, you alleged that security personnel failed to protect your life and well being from apparent and immediate danger by allowing offender Dante Milon [redacted] to enter into Cellblock A, unrestrained and assault you.

Statements were received from Captain Arnold Jacobs, Master Sergeant Sammie Johnson, Sergeant Carl Walker, Sergeant Clary Marshall, and Sergeant Mecher McQuirter. Captain Jacobs stated on August 20, 2014, you and offender Milon were involved in a simple fight. Offender Milon was restrained and was escorted to the middle gate from CBD by Master Sergeant Johnson who told Sergeant Clary Marshall to escort offender Milon to the A building sally port to be transported to Camp D. Sergeant Marshall allowed offender Milon to proceed down the walk by himself and he went and told Sergeant McQuirter that he was being transferred to CBA. Sergeant McQuirter stated that she informed offender Milon to stand by the door until she had completed shaking down all of the offenders that were returning from the field that were housed on CBA. Meanwhile, offender Dilon came out of his restraints and went upstairs to the lobby of CBA without her knowledge and assaulted you. Sergeant Anthony Johnson and Sergeant Walker separated the two of you and placed you both in Administrative Segregation.

Prepared by: AWII David Voorhies
David Voorhies, Sr. AWII/MPCB

Approved by: K. Benjamin
Kevin Benjamin, AWIII/MP. Complex

10-13-14 — Date

[signature] — Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( ) I am not satisfied with this response and wish to proceed to Step Two.

Reason:

Exhibit A: 000005