UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARL O'NEAL CHRISTIAN, JR. (#485419)

CIVIL ACTION

VERSUS

15-130-SDD-RLB

CHARLES WALKER, ET AL.

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 14, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[3] shall be granted, dismissing the Plaintiff's claims asserted against all Defendants for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e; and the Plaintiff's *Cross Motions for Summary Judgment*[4] shall be denied and this matter shall be dismissed.

Baton Rouge, Louisiana the 24 day of February, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 47.
[3] Rec. Doc. 13.
[4] Rec. Docs. 18, 32, and 45.